# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2075

_____

Tiran Rodez Casteel,               *
                                  *
        Appellant,         *
                                  *   Appeal from the United States
     v.                    *   District Court for the
                                  *   Southern District of Iowa.
Bill McCarthy; Polk County Jail;  *
Prison Health Services;         *   [UNPUBLISHED]
Johnson Diversey Inc.; Mercy    *
Hospital Medical Center; Solvay  *
Pharmaceuticals Inc.,        *
                                  *
        Appellees.        *

_____

Submitted: September 1, 2010
Filed: September 7, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Tiran Casteel appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action alleging numerous constitutional violations. Upon careful de novo review, we conclude that dismissal was proper. See Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (standard of review); Farmer v. Brennan, 511 U.S. 825, 834

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

(1994) (to prevail on Eighth Amendment claim, prisoner is required to show that challenged condition presented substantial risk of serious harm and that prison officials acted with deliberate indifference toward that risk); see also Shade v. City of Farmington, 309 F.3d 1054, 1058 n.6 (8th Cir. 2002) (arguments not briefed are considered abandoned on appeal).

Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____